DAVID WATTS,

          Plaintiff,

          v.                                    Case No. 24-C-721

JOHN KIND,

          Defendant.

## ORDER DENYING PLAINTIFF'S MOTION FOR LAW LIBRARY TIME

Plaintiff David Watts is currently incarcerated at Columbia Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. An evidentiary hearing on Defendant's motion for sanctions is currently scheduled for August 5, 2026. This matter comes before the court on Plaintiff's motion for the court to order prison staff to give Plaintiff adequate law library time. Plaintiff requests that the court order prison staff to allow him access to the library Monday through Friday to prepare for the evidentiary hearing.

Plaintiff's motion will be denied. It is not the court's role to intervene in prison library matters absent a showing that prison officials are actively preventing a prisoner from litigating his case. *See Brooks v. Buscher*, 62 F.3d 176, 179 (7th Cir. 1995). Plaintiff has not made such a showing here. In any event, unlimited law library access is not necessary in this case. The issue raised in Defendant's motion for sanctions is whether Plaintiff fabricated evidence in response to Defendant's motion for summary judgment. Plaintiff has personal knowledge of what happened in this case, and he will be able to present those facts at the evidentiary hearing.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for the court to order prison staff to give Plaintiff adequate law library time (Dkt. No. 95) is **DENIED**.

Dated at Green Bay, Wisconsin this 30th day of June, 2026.

William C. Griesbach
United States District Judge

2