# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

DAVID WATTS,

        Plaintiff,

      v.                                 Case No. 24-C-721

JOHN KIND,

        Defendant.

---

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

---

Plaintiff David Watts is currently incarcerated at Columbia Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. Defendant filed a motion for sanctions, arguing that Plaintiff submitted fabricated evidence in this case in bad faith in response to Defendant's motion for summary judgment. An evidentiary hearing on Defendant's motion for sanctions is currently scheduled for August 13, 2026. On July 13, 2026, the court denied Plaintiff's motion for witnesses to testify via Zoom and for defense counsel to provide unredacted video footage without prejudice. Dkt. No. 100.

This matter comes before the court on Plaintiff's motion for reconsideration. Under Rule 54(b) of the Federal Rules of Civil Procedure, any order "may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." Fed. R. Civ. P. 54(b). Although Plaintiff disagrees with the court's decision, the court has reviewed its July 13, 2026, order and concludes that it did not err in denying Plaintiff's motion. As the court explained in its order, Plaintiff did not state what he expected each potential witness to testify about or how their testimony is relevant to the issue of whether Plaintiff submitted fabricated

evidence in this case in bad faith.  Plaintiff still does not explain what he expects each person to testify about.  Plaintiff may renew his motion for witnesses to testify via Zoom and may make an offer of proof in writing, specifying exactly what each proposed witness will testify about. Accordingly, Plaintiff's motion for reconsideration (Dkt. No. 104) is **DENIED**.

      **SO ORDERED** at Green Bay, Wisconsin this 29th day of July, 2026.

                  William C. Griesbach
                  United States District Judge

2